PEOPLE, PLAINTIFF AND APPELLEE, *v.* OXIO, DEFENDANT AND APPELLANT.

APPEAL from the District Court of Mayagüez in a Prosecution for Assault and Battery.

No. 2105.—Decided July 12, 1923.

PLEADING—BILL OF PARTICULARS.—When a defendant desires fuller information as to the place where the crime was alleged to have been committed his remedy is to ask for a bill of particulars.

EVIDENCE—BLIND WITNESS.—The testimony of a blind man, if satisfactory, may be sufficient to prove the commission of a crime.

The facts are stated in the opinion.

*Mr. A. A. Vázquez* for the appellant.

*Mr. José E. Figueras, Fiscal,* for the appellee.

MR. JUSTICE ALDREY delivered the opinion of the court.

The complaint in this case was filed in the Municipal Court of Mayagüez after having been sworn to before the clerk of that court. It charges the appellant with the commission of assault and battery upon the person of the complainant ''on the premises of Pedro Ronda in the municipal judicial district of Mayagüez.''

The said complaint was sufficient to give jurisdiction to the municipal court as well as to the district court on appeal

from the judgment rendered by the former, and if the defendant desired fuller information with regard to the locality he should have asked for such specification. *People* v. *Paris,* 25 P. R. R. 103.

The evidence was contradictory and although the only witness for the prosecution was blind, we can not hold that the court erred in believing his testimony, for from the manner in which he testified it can be concluded that it was sufficient to prove the commission of the crime charged.

Those being the two grounds of appeal, the judgment must be

*Affirmed.*

Chief Justice Del Toro and Justices Wolf, Hutchison and Franco Soto concurred.